**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| STEPHEN P. WALLACE, EDITH L. JACKSON, and LISA F. WALLACE, | ) ) ) | |
| Plaintiffs, | ) ) | CASE No. 4:06CV3214 |
| v. | ) ) ) | |
| JAMES M. KELLEY, JOAN GODLOVE, MICHAEL FREEMAN, MICHAEL KIRSCHNER, TRUST COMPANY OF OKLAHOMA, RONALD J. SAFFA, WILLIAM HARRISION, JAMES DIMON, JEFF KING, DAVID R. PAYNE, PATRICK JAGE, WINDY CITY PARTNERS, and JOHN DOES I - 10, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant, Ronald Saffa's, Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint. (Filing No. 32). The Motion is granted. Defendant Ronald Saffa shall answer or otherwise respond to plaintiff's Complaint by November 15, 2006.

IT IS SO ORDERED.

DATED this 3rd day of November, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge