IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN P. WALLACE, EDITH L. JACKSON, and LISA F. WALLACE, ) ) ) Plaintiffs, ) ) v. ) ) JAMES M. KELLEY, JOAN GODLOVE, MICHAEL FREEMAN, MICHAEL KIRSCHNER, TRUST COMPANY OF OKLAHOMA, RONALD J. SAFFA, WILLIAM HARRISION, JAMES DIMON, JEFF KING, DAVID R. PAYNE, PATRICK JAGE, WINDY CITY PARTNERS, and JOHN DOES I - 10, ) ) ) ) ) ) ) ) ) Defendants. ) | CASE NO. 4:06CV3214  MEMORANDUM AND ORDER |

This matter is before the court on plaintiff's Motion to Vacate and Set Aside Judgment. (Filing No. 62). The plaintiff previously filed a Motion to Vacate and Set Aside Judgment requesting that this court reconsider its Memorandum and Order (Filing No. 57) dismissing plaintiff's complaint. (Filing No. 59). The court denied plaintiff's motion, and is not inclined to reconsider its decision. Plaintiff is instructed to cease filing Motions to Vacate and Set Aside Judgment with this court. Plaintiff's remaining recourse is to file a direct appeal with the Eighth Circuit Court of Appeals.

IT IS ORDERED:

1. That plaintiff's Motion to Vacate and Set Aside Judgment (Filing No. 62) is denied; and

2. The Clerk of Court is directed to send a copy of this Memorandum and Order to plaintiff at his last known address.

DATED this 6th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge