# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN P. WALLACE, and<br>EDITH L. JACKSON,<br><br>           Plaintiffs,<br><br>    v.<br><br>JAMES M. KELLEY, JOAN GODLOVE, MICHAEL FREEMAN, individually and as the shareholder of Freeman Law Group, MICHAEL KIRSCHNER, individually and as the shareholder of Kirschner Law Firm, TRUST COMPANY OF OKLAHOMA, its shareholders and directors, RONALD J. SAFFA, individually and as a shareholder in Morrel, West, Saffa, Craige & Hicks, Inc., WILLIAM HARRISION, JAMES DIMON, JEFF KING, DAVID R. PAYNE, individually and as shareholder of D.R. Payne & Associates, PATRICK JAGE, and WINDY CITY PARTNERS LLC,<br><br>           Defendants. | ))))))))))))))))))))))) | Case No. 4:06CV3214<br><br><br><br><br><br>MEMORANDUM<br>AND ORDER |

Plaintiff Stephen P. Wallace has filed an objection to the court's Memorandum and Order dated March 6, 2008, (Filing No. 101), and seeks leave to file an amended complaint. Filing No. 102. The plaintiff's objection and motion allege claims of criminal and conspiratorial misconduct by the undersigned judge and Magistrate Judge Gossett. The plaintiff's motion is wholly lacking in merit and will be denied.

The plaintiff's false and factually unsupported allegations of judicial misconduct would support the imposition of sanctions under Rule 11 of the Federal Rules of Civil Procedure, and the court has previously warned the plaintiff as such. See Filing No. 94, p.2. However, in the interest of judicial economy, the court will not enter a show cause order under Rule 11(c)(3) of Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED: The objection to the court's Memorandum and Order dated March 6, 2008, and motion for leave to file an amended complaint, (Filing No. 102), is denied.

DATED this 4th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge